DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAIME VAN TONGEREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JAIME VAN TONGEREN, et al.,<br><br>           Defendant. | Cr.S. 08-190-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE: November 21, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through MARY L. GRAD, Assistant U.S. Attorney, defendant, JAIME VAN TONGEREN, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and TONY HAMMETT by and through his counsel, MARK J. REICHEL that the status conference set for Friday, October 10, 2008 be continued to Friday, November 21, 2008 at 9:00 a.m. This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  Counsel has received 160 pages of discovery and needs additional time to review and discuss them with our clients.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 21, 2008, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

1  prepare] (Local Code T4).

                                  Respectfully submitted,
                                  DANIEL J. BRODERICK
                                  Federal Defender

DATED: October 8, 2008            /S/ Dennis S. Waks
                                  _____
                                  DENNIS S. WAKS
                                  Supervising Assistant Federal Defender
                                  Attorney for Defendant
                                  JAMIE VAN TONGEREN


                                  /s/ Dennis S. Waks for
DATED: October 8, 2008            _____
                                  MARK J. REICHEL
                                  Attorney for TONY HAMMETT



                                  McGREGOR W. SCOTT
                                  United States Attorney

DATED: October 8, 2008            /s/ Dennis S. Waks for
                                  _____
                                  MARY L. GRAD
                                  Assistant U.S. Attorney

_____O R D E R

         IT IS SO ORDERED.
Dated: October 8, 2008

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge